```
Author:  Travis Green at ~11DC-FLN-Pensacola
Date:    3/16/2001  7:51 AM
Normal
TO: Deanna Walker
Subject: 01-10069-FF Marzelle Jefferson v. Michael W. Moore
------------------------------------ Message Contents
```

_____ Forward Header _____

```
Subject: 01-10069-FF Marzelle Jefferson v. Michael W. Moore
Author:  Pamela Lourcey at ~11DC-FLN-Tallahassee
Date:    3/16/01  8:41 AM
```

Travis, this is a Panama City prisoner case. Would you forward this request for the ROA to the docket clerk who handles the case? Thanks. Sorry for the delay ... just got back from vacation.

_____ Forward Header _____

```
Subject: 01-10069-FF Marzelle Jefferson v. Michael W. Moore
Author:  Carol Lewis at ~11CA-ATL-CLK
Date:    3/15/01  12:01 PM
```

USDC 00-00071 CV-5-RH
Please forward ROA: 1st req

